**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA DUNCAN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 2:05CV00233 SWW |
| ARKANSAS DEPARTMENT OF | * | |
| COMMUNITY CORRECTION, ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |

**ORDER**

Before the Court is Defendants' motion to transfer the venue for trial in this case from the Eastern (Helena) Division to the Western (Little Rock) Division. The time for responding has passed, and Plaintiff has not filed a response. In support of their motion, Defendants state that Plaintiff lives in Little Rock, Defendants reside in Little Rock or Pine Bluff, and it would be more convenient for all concerned if the trial in this case took place in Little Rock. The Court agrees that for the convenience of parties and witnesses trial in this matter should be held in Little Rock. Defendants' motion (docket entry #13) is GRANTED. The Court will reschedule this case for trial in Little Rock in a separate order.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE